

**DLA PIPER RUDNICK GRAY CARY**

DLA Piper Rudnick Gray Cary US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
T 212.835.6000
F 212.835.6001
W www.dlapiper.com

MAURICIO MALDONADO
Mauricio.maldonado@dlapiper.com
T 212.896-2907
F 212-884-8707

January 17, 2006

**BY OVERNIGHT MAIL**

Clerk
United States Bankruptcy Court
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201-1800

    Re:    Dalow Industries, Inc.
              <u>Chapter 11; Case No. 05-19235 (DM)</u>

Dear Clerk:

    As per our conversation, please change the address of creditor Mioro Gold, LLC, in the above-referenced case, to the address listed below. Thank you for your attention to this matter.

    Mioro Gold, LLC
    55 W. 47th Street
    Suite 820
    New York, NY 10036

Yours Truly,

*[signature]*

Mauricio Maldonado

Serving clients globally